STATE OF CONNECTICUT *v.* SHERMAN EDWARDS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 39 Conn. App. 242 (AC 13223), is denied.

*Harry Weller*, assistant state's attorney, in support of the petition.

*Elizabeth M. Inkster*, assistant public defender, in opposition.

Decided October 27, 1995

SUZANNE SANBORN *v.* CHARLES GREENWALD

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 289 (AC 13372), is denied.

*Gerald S. Sack* and *Michael B. Pollack*, in support of the petition.

*Robyn L. Sondak*, in opposition.

Decided October 27, 1995

DONALD CHAPMAN ET AL. *v.* NORFOLK AND DEDHAM MUTUAL FIRE INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 306 (AC 12718), is denied.

*Jon D. Biller* and *David B. Rozwaski*, in support of the petition.

*Stephen E. Goldman* and *Patricia J. Campanella*, in opposition.

Decided October 27, 1995